UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIANNE GALE, individually and on Behalf
of All Other Similarly Situated,

    Plaintiff,

v.                                          Case No.: 8:16-cv-03315-EAK-TGW

THE HERTZ CORPORATION,

    Defendant.

_____

## ORDER

This matter, which involves claims by Plaintiff for unpaid overtime wages and liquidated damages under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. §201, *et seq.*, is before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal ("Motion") (Doc. No. 23).

So-called "back wage claims," which include claims for unpaid overtime wages, arising under the FLSA can be settled or compromised by an employee in one of two ways: either (1) under section 216(c), the Secretary of Labor is authorized to supervise payment of unpaid wages owed to the employee; or (2) in actions brought directly by an employee against his or her employer under section 216(b) to recover unpaid wages, as is the case here, the employee may present to the district court a proposed settlement, and the district court may enter a stipulated judgment after scrutinizing the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1352–53 (11th Cir. 1982).

Case. No.: 8:16-cv-03315-EAK-TGW

Having considered the Motion and the proposed settlement agreement, which the parties previously submitted to the Court for *in camera* review, it is **ORDERED** that (1) the Motion is **GRANTED**, (2) the settlement agreement is **APPROVED**, and (3) this case is **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 19th day of January, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record